UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                     )<br>       v.                          )<br>                                     )<br>KEMAL MRNDZIC,               )<br>                                   )<br>     Defendant.           ) | Docket No. 23-cr-10158-DJC |

## SECOND INTERIM STATUS REPORT

The United States of America and the defendant, through counsel, hereby submit this interim status report. An Interim Status Conference is currently scheduled for January 4, 2024, at 12:30 p.m.

Since the last report the government has located additional victim/witnesses and produced additional reports of interview to the defendant.

The defense continues to review the discovery produced in this matter. The defendant seeks additional time to determine whether it will be necessary to file a request for additional materials or to file dispositive motions. As a result, the defendant seeks an additional 45 days to undertake this work.

The parties agree that the time period between January 4, 2024, and the next status conference should be excluded because the parties have been and are using the period of the continuance to complete production and review of discovery, and discuss a potential resolution of this matter. Therefore, the parties request that this Court find that the ends of justice served by excluding the period of this continuance outweighs the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties request that a status conference date be established approximately 45 days in

the future, and propose a time convenient for the Court on or about February 19, 2024. The government requests that this next status conference be scheduled as a final status conference while the defendant requests that this next status conference be an interim status conference.

Respectfully submitted,

| | |
|---|---|
| KEMAL MRNDZIC, | JOSHUA S. LEVY<br>ACTING UNITED STATES ATTORNEY, |
| By: s/ *Brendan Kelley* (by JTM)<br>Brendan Kelley<br>Forest J. O'Neill-Greenberg<br>Assistant Federal Public Defenders<br>Federal Public Defender Office<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210 | By: *s/ John T. McNeil*<br>John T. McNeil<br>Jason A. Casey<br>Assistant U.S. Attorneys<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 |

Date: December 29, 2023

---

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

*s/ John T. McNeil*
John T. McNeil
Assistant U.S. Attorney

Date: December 29, 2023