UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 23-CR-10158-DJC |
| | ) | |
| KEMAL MRNDZIC | ) | |

## NOTICE OF APPEAL

Defendant Kemal Mrndzic hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the final Judgment entered on January 28, 2025.

KEMAL MRNDZIC
By his attorneys,

*/s/ Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg

*/s/ Brendan Kelley*
Brendan Kelley

Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Brendan Kelley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 11, 2025.